No. 17,135.

BOONE *v.* FOSTER ET AL.
(268 P. [2d] 1035)

Decided April 5, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. McDOUGAL, KLINGSMITH & ROGERS, for plaintiff in error.

Mr. FREDERICK P. CRANSTON, Mr. L. JAMES ARTHUR, for defendants in error.